UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

OHIO & VICINITY CARPENTERS'
FRINGE BENEFIT FUNDS, INC.,

       Plaintiff,                                         Case No. 3:16-cv-00499-TMR
                                                                      Hon.  Thomas M. Rose

v.

GRAY GUY GROUP,

       Defendant.

_____/

## ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANT GRAY GUY GROUP

Upon Default (Doc 6) being entered by this Court against Defendant GRAY GUY GROUP, and the Court being otherwise fully advised of the premises;

**IT IS HEREBY ORDERED** that:

A. Judgment is entered against Defendant GRAY GUY GROUP.

B**.** That Defendant GRAY GUY GROUP open the company's books and records within 14 days of entry of this Judgment in order for Plaintiff to conduct a complete audit through the present to determine the amount due and owing Plaintiff in unpaid contributions.

C**.** That the Court will amend its Judgment to include an amount determined due pursuant to the audit.  Further, the Court shall amend this Judgment to include the mandates of 29 USC §1132(g)(2) on all amounts determined due herein and the updated audit, upon further submissions to this Honorable Court by Plaintiffs.

D. That the Defendants are enjoined from any further breach of the Collective Bargaining Agreement as same relates in any way to the payment of contributions to Plaintiff Fund.

E. That jurisdiction of this matter be retained pending compliance with the Court's orders.

March 17, 2017

s/Thomas M. Rose
_____
District Court Judge

Drafted by:

Michael J. Asher (0071787)
Attorney for Plaintiffs
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48075-1000
248.746.0700
masher@swappc.com