# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

OHIO & VICINITY CARPENTERS'
FRINGE BENEFIT FUNDS, INC.,

        Plaintiff,    :    Case No. 3:16-cv-499

                                        District Judge Thomas M. Rose
- vs -                            Magistrate Judge Michael R. Merz

GRAY GUY GROUP, LLC,

        Defendant.    :

## REPORT AND RECOMMENDATIONS

This case is before the Court on Motion of Plaintiff (ECF No. 14) to amend the judgment to include $50,368.28 in unpaid covered fringe benefits due and owing and legal fees and costs in the amount of $3,439.01 for a total of $53, 807.29 (ECF No. 14).  The Motion was filed and served on Defendant on March 22, 2019. *Id.* at PageID 39.  Under S. D. Ohio Civ. R. 7.2, Defendant had twenty-one days to oppose the Motion, or until April 12, 2019, but no opposition has been filed.

It is accordingly respectfully recommended that the judgment herein be amended as Plaintiff has requested.

April 16, 2019.

                                                               s/ *Michael R. Merz*
                                                         United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party=s objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 153-55 (1985).