# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| OHIO & VICINITY CARPENTERS' FRINGE BENEFIT FUNDS, INC., | : | Case No. 3:16-cv-499 |
| Plaintiff, | | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael R. Merz |
| -vs- | | |
| GRAY GUY GROUP, LLC, | | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 15), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, the Motion of Plaintiff (ECF No. 14) to amend the judgment to include $50,368.28 in unpaid covered fringe benefits due and owing and legal fees and costs in the amount of $3,439.01 for a total of $53, 807.29 (ECF No. 14) is GRANTED.

May 1, 2019  \*s/Thomas M. Rose
Thomas M. Rose
United States District Judge